AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AARON BARNES-BURPO | ) | Case No. |
| | ) | 1:20 mj 008 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 21-22, 2019  in the county of  Richmond  in the
Southern  District of  Georgia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy to Commit Wire Fraud |
| 18 USC 1028 A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Affidavit of FBI S/A Johnathan Escobar incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Jonathan Escobar, S/A FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/10/2020

_____
Judge's signature

City and state:  Augusta, Georgia         Brian K. Epps, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPRT OF CRIMINAL COMPLAINT

I, Jonathan Escobar, Special Agent of the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI), and has been so employed since March 2018. Your affiant attended the FBI New Agent Training in Quantico, Virginia in March of 2018, which consisted of training on various law enforcement procedures, including the application and execution of search warrants. From 2009-2018 your affiant worked in Florida as a Police Officer. During that time, your affiant worked for two years as a Task Force Officer (TFO) for the FBI and assisted on various search warrants and federal criminal investigations. Your affiant has applied for and participated in numerous search warrants during his career.

2. As an FBI Special Agent, my duties include, investigating alleged violations of federal law. Since I have been in law enforcement, I have participated in numerous investigations involving criminal activities. I have participated in many aspects of criminal investigations, including conducting surveillance, and issuing subpoenas.

3. The information contained in this affidavit is based on my personal knowledge, as well as information obtained from documents, electronic databases,

1

witnesses, and conveyed to me by other law enforcement officers involved in this investigation.

4. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## Probable Cause

5. On November 21, 2019, a person purporting to be "MARK JONES" ("JONES") called the FAIRFIELD INN AND SUITES ("FAIRFIELD") located at 3023 ½ Washington Road, Augusta, Georgia.

6. During the call, JONES stated that he was with ROC NATION.

7. ROC NATION, LLC is an American entertainment agency founded by Jay-Z in 2008. The company has offices in New York City, London, Nashville, and Los Angeles.

8. On November 21, 2019, JONES requested 10 rooms at the FAIRFIELD for an artist and his entourage. JONES also requested to have a $2,500 credit applied to the King Suite so they could order things from outside the hotel and charge it to the room.

9. JONES stated that he would provide a credit card number for authorization, but instructed the hotel not to charge the credit card.

10. JONES informed the hotel that he would pay with a certified check at the conclusion of the stay.

11. After the call and requested reservation, the FAIRFIELD received an e-

2

mail from the email address: Rocnation832@gmail.com that had as an attachment to the email a FAIRFIELD Credit Card Authorization form which listed credit card number 5466 1603 4650 5546; with an expiration date of 9/20. The address associated with the card was 621 N. Windwood Street, Gardner, Kansas 66030, and the guest information line indicated "Rocnation/WuTangClan".

12. FAIRFIELD staff believed this was a scam and notified your affiant. The FAIRFIELD continued with the booking process.

13. FAIRFIELD Director of Sales, KELSEY LONG ("LONG"), advised your affiant that the same group tried to book rooms a couple of weeks ago.

14. LONG advised that she called and spoke to a legal representative of the real ROC NATION, who advised that they had received several calls in reference to this scam from at least four or five different hotels. ROC NATION confirmed that the group trying to book the hotel was not affiliated with them.

15. On November 21, 2019, your affiant contacted Citi Security & Investigative Services Investigative Analyst, ELLE ROJAS.

16. ROJAS confirmed that CitiBank Credit Card Number 5466 1603 4650 5546, with an expiration date of 9/20, was stolen. The card belonged to T. H. and had a verified user of C. H. at 621 N. Windwood Street, Gardner, Kansas 66030.

17. On November 21, 2019, your affiant, assisted by Richmond County Sherriff's Office, Richmond County District Attorney's Office and other agents, traveled to FAIRFIELD to conduct surveillance on the potential suspects.

18. On November 22, 2019, at approximately 1100 hours, AARON BARNES-

3

BURPO, and three others arrived at the FAIRFIELD.

19. At this time, AARON BARNES-BURPO attempted to check in under the ROC NATION reservation, after which, Richmond County Deputies detained BARNES-BURPO, JASON MAYES, ANTHONY JACKSON and CHARLES GREELY. MAYES and JACKSON both said they were homeless and from Atlanta. MAYES and JACKSON had been recruited by "CAP" and "AMANI" (later determined to be WALKER WASHINGTON and BARNES-BURPO respectively) as "bodyguards." GREELY was employed by A-National Limousine as a driver.

20. GREELY cooperated and was interviewed. He indicated as follows: he worked for A-National Limousine out of Atlanta. A-National Limousine was hired and had been driving around the group for almost a week. GREELY stated that they recently stayed at the GEORGIAN TERRACE HOTEL before coming to Augusta. Affiant learned that A-National had rented a second vehicle, a Phantom Rolls Royce, to the group as well. The driver of the Phantom indicated that he left "CAP" (WALKER WASHINGTON) and an unknown female at an unknown location in downtown Augusta on this day and he did not currently know where they were. The "bodyguards" MAYES and JACKSON confirmed that CAP was in the Phantom Rolls Royce as well.

21. Your affiant explained to GREELY how the scam worked and instructed him to have his company run the credit card that was given to A-National Limousine as a form of payment. When A-National Limousine made the attempt, the authorization was declined. The total contract loss amount for A-National Limousine

4

was $59,136.00.

22. Your affiant instructed A-National Limousine to provide him with the credit card number that was on file for this group. The credit card number provided to your affiant was: 5466 3311 0586 7746, expiration date: 5/21.

23. Your affiant called CitiBank Investigator BRIAN TURNER, who advised that the block of numbers did not match any CitiBank card and stated that it was likely that the number were fictitious.

24. On November 22, 2019, your affiant conducted an interview with AARON BARNES-BURPO. BARNES-BURPO claimed that he worked for ROC NATION but was unable to provide any documentation showing employment with ROC NATION.

25. During the interview, BARNES-BURPO stated that he did not make the reservation but he used his cell phone to speak with the representatives at ROC NATION who make reservations.

26. Your affiant was able to confirm that BARNES-BURPO cell phone number was 850-427-8813 by placing a call to that number during the interview.

27. BARNES-BURPO's cell phone was seized incident to arrest. A search of the phone's contents pursuant to Federal Search Warrant confirms that BARNES-BURPO used his cellular wireless device in furtherance of the fraudulent scheme. For example, the phone contained a photo of the FAIRFIELD Credit Card Authorization form which listed stolen credit card number 5466 1603 4650 5546; with an expiration date of 9/20 and which was sent to the FAIRFIELD from Rocnation832@gmail.com in an attachment to reserve the rooms.

5

28. During a search of the vehicle in which BARNES-BURPO arrived in Augusta, your affiant seized various keys from hotel located all over the country, and a paper on which the credit card numbers which had been provided to the FARFIELD and A-NATIONAL LIMOUSINE, were written.

29. Other documents taken from the vehicle included the following:

- Lists of record labels, the people who worked for the record labels, and the basic structure of the group. Many of these lists were drafted on the back of jail paperwork for WALKER WASHINGTON.

- A page with a list of email addresses and passwords to include: Rocnationcap@gmail.com, password: rocnation123; caprocnation@gmail.com, password: rocnation123; Facebook - rocnationcap@gmail.com, password: rocnation123; Twitter - Legend Tha God MCEE, Login: rocnationcap@gmail.com, password: rocnation123; and Instagram- Legendthagodmcee, password: rocnation123.

- Credit card authorization forms, and other hotel identification documents,

- Documents showing other services to include recording studios and limousine companies to include; A-NATIONAL LIMOUSINE and END AUTUMN STUDIOS.

30. A review of Instagram account Legendthagodmcee revealed pictures of WALKER WAHSINGTON and his brother ERIC WASHINGTON.

6

31. Shortly after the arrest of BARNES-BURPO, QUINYUATTA SUMMERHILL called your affiant and stated that she and her cousins, LATISHA MCDANIEL and KAYLA MCDANIEL had been recruited by "CAP" and "AMANI" while in Alabama. She advised they were told they would each be paid $2000.00 a day for their services and that they were never paid. She also advised that "CAP"'s real name was WALKER WASHINGTON. She sent a web link to an article from the Pensacola News Journal http://www.pnj.com/story/news/crime/2014/10/08/rapper-arrested/16928287/, that showed a picture of WALKER WASHINGTON and detailed his arrest in Pensacola, for pretending to be a rapper and defrauding hotels.

32. On November 26, 2019, pursuant to a federal search warrant, affiant searched the cell phone belonging to AARON BARNES-BURPO. In the phone, affiant located, among other things, the following:

- Photographs of the credit card authorization form used at the AUGUSTA FAIRFIELD INN AND SUITES,
- screen shots of hotel stay information from ARRIVE MEMPHIS,
- photo of credit card authorization form from A-NATIONAL LIMOUSINE,
- a photograph of the contract and credit card authorization form from SPRINGHILL SUITES MACON,
- a photograph of an occupancy agreement term sheet from TRAVELERS HAVEN (Atlanta),
- a credit card authorization form from HYATT HOUSE ATLANTA

7

COBB GALLERIA,

- a photograph of the rental license agreement from BELLE AIR MANSION (Nashville),
- a screenshot of google voice number 850-865-4760,
- a photograph of THE PARTRIDGE INN CURIO BY HILTON (Augusta),
- a photograph of corporate personal credit card account form from FRIENDLY RIDE,
- a photograph of the INTERCONTINENTAL BUCKHEAD ATLANTA folio, and
- four screen shots from j-stash.bazar (Joker's Stash), which is one of the largest providers of up to date stolen credit card information on the dark web. The screen shots showed the information for EMILY CROMWELL with her address and social security number.

33. In text message exchanges located on the cell phone, BARNES-BURPO identifies himself as IAN ALLEN, MARK JONES, KEDAR MASSENBERG, and JUAN PEREZ.

34. The settings tab of the phone shows the phone is registered under Apple ID belonging to Amaniblk@gmail.com. There was also a setting selected in BURPO's phone that allowed WALKER WASHINGTON, using phone number 850-865-4760, to send and receive messages from BURPO's phone. WASHINGTON's phone number was identified by JASONEY MAYES, one of the "bodyguards," as belonging to

WASHINGTON. Your affiant called WASHINGTON on this phone number, and he picked up and briefly spoke to your affiant and identified himself as "CAP". BARNES-BURPO also called WASHINGTON on this number while he was in jail.

35. The setting that allowed BURPO's and WALKER WASHINGTON, to send and receive messages from BURPO's phone allowed them to see texts communications of each other. It is believed that this was done so that they would be aware of each other's activity.

## Other Overt Acts of the Conspiracy

36. On September 27, 2019, PRAFAL GHANDI, the owner of DAYS INN AND SUITES, 459 Park West Drive, Grovetown, Georgia 30813, was contacted by someone claiming to be with ROCNATION LLC via email: rocnation832@gmail.com. The person indicted that he wanted to rent rooms at the hotel and would pay the bill after an invoice was created after the stay. The email sender provided a contact number for "KEDAR MASSENBERG" at 347-970-6569, and also provided a Federal Tax ID number of 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 from Manhattan Bank of New York.

37. GHANDI said on the date of check for the reservation secured rocnation832@gmail.com, AARON BARNES-BURPO was the person who came to check-in for the entire group. Surveillance video from the DAYS INN confirms that BARNES-BURPO checks the group. Surveillance video also shows ERIC WASHINGTON (WALKER WASHIONGTON's bother) entering the hotel and getting a room key from BARNES-BURPO. After checking into the rooms, BARNES-BURPO can be seen on the video walking around to the back of the hotel, meeting with

9

WALKER WASHINGTON, getting into a vehicle together, and leaving.

38. On October 10, 2019, the COMFORT INN in Augusta reported that a group of people came to the hotel, checked in, and left the hotel with a bill in excess of $23,000. A hotel employee was shown a picture of BARNES-BURPO and she identified him as the person who checked into the rooms. No credit card was used o this occasion. The rental was authorized based on the promise to pay at the end of the stay.

39. On November 15, 2019 Two black males arrived at the STRICKLIN HOTEL, 317 N. Court Street, Florida, Alabama. The males identified themselves as "AMANI" and SMITH. THISA SMITH would identify "AMANI" as AARON BARNES-BURPO and SMITH as ERIC WASHINGTON (WALKER's brother). On November 26, 2019 SA RANDY MARKHAM (FBI ALABAMA), met with THISA SMITH who indicated that she received a call from someone who identified themselves as IAN ALLEN from both telephone numbers 347-378-9110 and 850-427-8813 (BARNES-BURPO's phone). She was told that a group was recording at FAME STUDIOS and then needed ten rooms for fourteen nights. THISA SMITH had contact with the group through rocnation832@gmail.com. The total bill was $9,160.76, which was never paid.

40. On September 21, 2019 MARY GASPARRO owner of END OF AUTUMN STUDIOS, 541D Bishop Street NW, Atlanta, Georgia 30313 allowed a group to recorded at her studio. The group left with an unpaid $1500.00 bill. GASPARRO identified AARON BARNES-BURPO as being part of the group. She advised that after they recorded, she gave him a ride to the airport, and he paid her for the ride to the airport via his CASHAPP at "Aaaron Barnes" ($ahkee77). GASPARRO also

10

provided photographs that were taken of the group while they were at the studio, which included a photograph of WALKER WASHINGTON.

41. Sometime prior to November 22, 2019, according to driver GREELY, and "bodygurads" JASON MAYES, and ANTHONY JACKSON and the three females who were abandoned in Alabama, BARNES-BURPO and WASHINGTON checked into the THE GEORGIAN TERRACE HOTEL in Atlanta. An agent of the GEORGIA confirmed that the hotel had a reservation for ROCNATION and had sustained a loss in the amount of $45,068.23.

42. On November 5, 2019 CORY MOORE, owner of MAD STUDIOS ATL, 1376 Chattahoochee Ave NW, Atlanta, Georgia, contacted from telephone number 850-865-4760, by a male who identified himself as KEDAR MASSENBERG, who claimed he wanted to rent out the studio, and would pay by wire after the session. MOORE also spoke with a male who identified himself as "AMANI BLACK," who used phone number 850-427-8813 (BARNES-BURPO's phone).

43. MOORE said a group arrived at the studio and recorded six beats, with a total value of approximately $15,600.00. MOORE provided video footage of them at the studio. Both WALKER WASHINGTON and AARON BARNES-BURPO are seen in the video footage. MOORE identified WALKER WASHINGTON as "CAP" and BARNES-BURPO as "AMANI BLACK". MOORE requested payment after providing the services, but was never paid even after multiple requests.

44. On November 6, 2019 group claiming to be with ROCNATION LLC checked into the HYATT REGENCY ATLANTA. They used the e-mail to

communicate was rocnation832@gmail.com. The group provided an invalid credit card to pay for the room, but the credit card number used is not known at this time. The total bill at the HYATT REGENCY was $39,038.50.

45. On February 7, 2020, your affiant interviewed WALKER WASHINGTON at the BULLOCH COUNTY JAIL. After being read his Miranda Rights, WASHINGTON provided the following information:

46. WASHINGTON said he was a rapper, and that he went by the name "CAP". He initially stated that he had stayed at the EAGLES NEST HOTEL in Statesboro for one night. WASHINGTON said he was there for a performance, and that a promoter had booked the hotel room, and he didn't have anything to do with the payment for the hotel. He also said that he was with his road manager MARIO BROWN aka "BREEZE".

47. WASHINGTON claimed he was not paid for the performance so he abruptly left in the middle of the night. WASHINGTON also admitted to using a limousine service for transportation but also claimed he did not know who provided the service because he didn't book it. Initially WASHINGTON claimed he couldn't remember what happened before or after the EAGLES NEST and claimed he blacked out.

48. WASHINGTON's story changed however when your affiant began asking him about specific information. He admitted to staying at the DAYS INN in Augusta, as well as well as the GEORGIAN TERRACE and THE RITZ CARLTON NEW YORK, and to using recording studios all over the country. WASHINGTON continued to say he didn't have anything to do with the bookings.

12

49. Later in the interview WASHINGTON said he knew AARON BARNES-BURPO aka "AMANI BLACK," and that he had met him while he was in jail in Florida. He admitted that BURPO picked him up when he got out of jail on September 18, 2019.

50. WASHINGTON admitted he was in AUGUSTA when BARNES-BURPO was arrested. He said he had been in a Phantom Rolls Royce at the James Brown Arena. WASHINGTON admitted to speaking to your affiant on the phone after BURPO's arrest. WASHINGTON admitted the phone number that he spoke to your affiant on, as well as the phone number he spoke with BARNES-BURPO on in the jail, was the phone number he was using, but he could not remember it. (Your Affiant knows this number to be 850-865-4760).

51. WASHINGTON also advised that the phone that was in his property was the one he used. He said that the phone was linked with BARNES-BURPO's so they could each see what the other person was texting. He also admitted the phone he had in his property was used to send e-mails to the hotels.

52. WASHINGTON went on to reiterate that he was trying to get a business going, and requested that we search for Jay-Z unpaid hotel bills, to see that other artists had done similar things.

53. Near the end of the interview WASHINGTON requested to speak to your affiant alone. WASHINGTON said he was essentially homeless when he went to jail and would be homeless when he got out. WASHINGTON then stated that he had done all the planning for this with BARNES-BURPO while he (WASHINGTON) was in jail.

13

He said when he got out they got started and it just got out of hand. WASHINGTON admitted that it was him, BARNES-BURPO, and EDWARDS who knew what was going on. He admitted that there were others, but that they were the main ones.

54. This interview was captured on audio and video recording. After speaking with WASHINGTON your affiant retrieved WALKER WASHINGTON's phone from his property and took it as evidence. The phone was a silver in color iPhone S, Model:A1634, FCCIDD: BCG-E2944A, IC: 579C-E2944A. Your affiant turned on the phone and it showed it had a passcode.

### Conclusion

55. I submit that this affidavit supports probable cause for the issuance of complaints and arrest warrants for BARNES-BURPO and WALKER WASHINGTON for the offense of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, in that, with intent to defraud, BARNES-BURPO and WALKER WASHINGTON conspired to devised a scheme to defraud FARIFIELD by materially false or fraudulent pretenses, representations or promises, that is: the promise to pay FAIRFIELD for 10 hotel rooms with a stolen credit card and in advancing, furthering, or carrying out the scheme, BARNES-BURPO and WALKER WASHINGTON caused to be transmitted by email a Credit Card Authorization form bearing the stolen credit card information, all which was in interstate commerce.

56. I further submit that this affidavit supports probable cause for the issuance of complaints and arrest warrants for BARNES-BURPO and WALKER WASHINGTON for the offense of aggravated identity theft in violation of 18 U.S.C.

§ 1028A, in that BARNES-BURPO and WALKER WASHINGTON knowingly possessed and used, without lawful authority a means of identification of another person, that is: the credit card number 5466 1603 4650 5546 belonging to T. H. with a verified user of C. H., during and in relation to wire fraud.

57.     Based on the above-stated facts, Your Affiant requests that warrants issue for the arrests for AARON BARNES-BURPO and WALKER WASHINGTON for Conspiracy to Commit Wire Fraud and Aggravated Identity Theft.

Respectfully submitted,

Jonathan Escobar, Special Agent
United States Department of Justice
Federal Bureau of Investigation

Subscribed and sworn to before me on 2/10/2020 :
2/10/2020 BKE

_____
HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

15